1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7   LEONNA HUTCHINSON,                    Case No.  24-cv-06267-HSG

           Plaintiff,
8                                         **ORDER ADOPTING MAGISTRATE
                                          JUDGE'S REPORT AND
9        v.                               RECOMMENDATION**

10  SAN FRANCISCO POLICE                   Re: Dkt. No. 4
    DEPARTMENT, et al.,
11
           Defendants.

12        The Court has reviewed Magistrate Judge Hixson's Report and Recommendation.

13  The time for objections has passed and none were filed. The Court finds the Report correct, well-

14  reasoned and thorough, and adopts it in every respect. Accordingly,

15        IT IS HEREBY ORDERED that the case is dismissed with prejudice. The Clerk is directed

16  to enter judgment in favor of Defendants and against Plaintiff, and close the file.

17        **IT IS SO ORDERED.**

18

19  Dated:  October 17, 2024

20

21                                        _____
                                          HAYWOOD S. GILLIAM, JR.
22                                        United States District Judge

23

24

25

26

27

28

*United States District Court*
*Northern District of California*